UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 20-2739 & 21-1435

Sadis & Goldberg LLP v. Banerjee
(W.D. Pa. No. 2-19-cv-01682)

**ORDER**

The Court received a Suggestion of Bankruptcy indicating that Appellants Sumanta and Akshita Banerjee filed petitions for relief under Chapter 7 and Chapter 13 of the Bankruptcy Code (W.D. Pa. Bankr. Nos. 21-21306 and 21-22031). Appellants were defendants during the district-court proceedings.

Accordingly, it is ORDERED that the above-captioned appeals are stayed. Cf. 11 U.S.C. § 362(a). Any objection to this stay must be filed within ten days.

Appellants are directed to file status reports within 90 days of this order and every 90 days thereafter until the automatic stay is lifted, the bankruptcy case is closed or dismissed, or a bankruptcy discharge is granted or denied. Appellants' failure to comply with this status-report requirement may result in the administrative termination of the appeals.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 20, 2021
PDB/cc: All Counsel of Record